

## ORDER

The respondents' motion for extension of the time within which to seek reargument is denied.

BEVILACQUA, C. J., and DORIS, J., did not participate.

**FIRST NATIONAL BANK FINANCIAL CO.**

v.

**NEWPORT SHOES, INC. d/b/a et al.**

**No. 80–350–A.**

Supreme Court of Rhode Island.

Sept. 25, 1980.

Pucci & Goldin, Inc., Joseph R. Tutalo, Providence, for plaintiff.

Moore, Virgadamo & Lynch Ltd., Jeremiah C. Lynch, Jr., Newport, for defendants.

## ORDER

Since the defendants' previous appeal in this case was dismissed on the merits, and not due to the absence of a Rule 54(b) certificate, the plaintiff's motion to dismiss the instant appeal is hereby granted.

BEVILACQUA, C. J., and DORIS, J., did not participate.

**Joseph L. NICHOLS**

v.

**Bonnie Ellen NICHOLS.**

**No. 79–379–A.**

Supreme Court of Rhode Island.

Sept. 25, 1980.

Donato Andre D'Andrea, Newport, for petitioner.

Paul Corrigan III, Providence, for respondent.

## ORDER

The respondent's motion to remand this case to the Family Court for review of the child custody issue is granted. Following said hearing, the papers herein shall be returned to this court forthwith.

BEVILACQUA, C. J., and DORIS, J., did not participate.

**NARRAGANSETT ELECTRIC COMPANY**

v.

**Edward F. BURKE et al.**

**No. 79–9–M.P.**

Supreme Court of Rhode Island.

Sept. 25, 1980.

Thomas G. Robinson, Providence, Samuel Huntington, Westborough, Mass., for petitioner.

Dennis J. Roberts II, Atty. Gen., John R. McDermott, Sp. Asst. Atty. Gen., for respondents.

